In re The PARALYZED VETERANS OF AMERICA, The National Veterans Legal Services Program, The Non–Commissioned Officers Association, and The United Spinal Association/Vetsfirst, Petitioners.

Misc. No. 949.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

**ON PETITION FOR WRIT OF MANDAMUS.**

**ORDER**

The Paralyzed Veterans of America et al. submit a petition for a writ of mandamus to direct the Secretary of Veterans Affairs to publish final regulations concerning presumptions of service connection related to exposure to Agent Orange or in the alternative to direct the Secretary to publish interim regulations.

Upon consideration thereof,

It Is Ordered That:

The Secretary is directed to respond to the petition no later than noon on Monday, July 19, 2010.

**CREATION UPGRADES, INC., Plaintiff–Appellant,**

**v.**

**UNITED STATES, Defendant–Appellee.**

No. 2010–5098.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

David Efron, San Juan, PR, for Plaintiff–Appellant.

Michael D. Austin, Department of Justice, Washington, DC, for Defendant–Appellee.

**ON MOTION**

**ORDER**

Upon consideration of Creation Upgrades, Inc.'s motion for a 45–day extension of time, until August 26, 2010, to file their opening brief,

It is Ordered that:

The motion is granted. No further extensions should be anticipated.